MARTIN FOUNDATION, INC., et al., Appellants and Respondents, *v.* PHILLIPS-JONES CORPORATION, Respondent and Appellant, et al., Defendants. ABRAHAM J. MULTER et al., Doing Business as MULTER, NOVA & SEYMOUR, Appellants.

Argued April 5, 1954; decided April 23, 1954.

*Abraham J. Multer, Barnett J. Nova, Milton A. Seymour,* appellants in person, and *William Sardell* for appellants-respondents.

*Melvin A. Albert* and *Allan D. Emil* for respondent-appellant.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.